JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOAN GARNICA,<br><br>        Petitioner,<br><br>    v.<br><br>ROB ST. ANDRE, Warden<br><br>        Respondent. | No. 2.23-cv-01542-JGB-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: <u>November 28, 2023</u>

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE